INGRAM v. INSURANCE CO.

No. 24 PC.

Case below: 5 N.C. App. 255.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 29 August 1969.

IN RE WILL OF BAKER

No. 10 PC.

Case below: 5 N.C. App. 224.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 29 August 1969.

JONES v. INSURANCE CO.

No. 53 PC.

Case below: 5 N.C. App. 570.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 16 October 1969.

KEY v. WELDING SUPPLIES, INC.

No. 55 PC.

Case below: 5 N.C. App. 654.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 7 October 1969.

MIDGETT v. MIDGETT

No. 15 PC.

Case below: 5 N.C. App. 74.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 23 September 1969.

OVERMAN v. SAUNDERS

No. 9 PC.

Case below: 4 N.C. App. 678.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 29 August 1969.